# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE No.: 6:24-cv-01794-CEM-RMN

MICHAEL R. MCNEIL,

    Plaintiff,

vs.

RANDOLPH M. MCHENRY, SHARON M. MCHENRY, and 541 BEVILLE, LLC, d/b/a C'S WAFFLES, et al.,

    Defendants.

_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff MICHAEL R. MCNEIL, by and through his undersigned counsel, hereby files this Notice of Voluntary Dismissal, with prejudice, of this action, against Defendants, RANDOLPH M. MCHENRY, SHARON M. MCHENRY, and 541 BEVILLE, LLC, d/b/a C'S WAFFLES.

Respectfully submitted this 13th day of November, 2024.

                        By:/s/Sara Howeller, Esq._____
                        Sara Howeller, Esq.
                        Florida Bar Number: 847100
                        Attorney for Plaintiff
                        The Law Offices of Sara Howeller
                        1732 Ronald Reagan Blvd
                        Longwood, Florida 32750
                        Telephone: 407-977-7822
                        Facsimile: 844-300-7287
                        Email: DHoweller@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of November 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

      By: /s/Sara Howeller, Esq.
Sara Howeller, Esq.
Florida Bar Number: 847100
Attorney for Plaintiff
The Law Offices of Sara Howeller
1732 Ronald Reagan Blvd
Longwood, Florida 32750
Telephone: 407-977-7822
Facsimile: 844-300-7287
Email: DHoweller@gmail.com

2